# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00301-CR
_____

### IN RE WILLIAM LEE HON

**Original Proceeding**
**258th District Court of Polk County, Texas**
**Trial Cause No. 23,343**

## ORDER

William Lee Hon, acting in his capacity as the Polk County Criminal District Attorney, filed a petition for writ of mandamus. The relator is the prosecuting authority in Cause No. 23,343, *The State of Texas v. Cindy Pashia-McCormick.* Relator seeks a writ compelling the Honorable Ernest L. McClendon, Judge of the 258th District Court, to vacate his discovery order of August 9, 2016. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). Relator alleges that prejudice will result if the discovery occurs before the issues raised in the petition for writ of mandamus can be resolved.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of August 9, 2016, in Cause No. 23,343 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Cindy Pashia-McCormick, is due September 12, 2016.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED September 1, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.